UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IVETTE MOORE,

    Plaintiff,

v.                                                        Case No: 8:16-cv-176-T-36JSS

SUNTRUST MORTGAGE, INC.,

    Defendant.
_____/

**ORDER ON DEFENDANT'S MOTION
TO STRIKE DEMAND FOR JURY TRIAL**

    THIS MATTER is before the Court on Defendant's Motion to Strike Plaintiff's Demand for Jury Trial. (Dkt. 18.) Defendant moves to strike Plaintiff's request for a jury trial as provided in Plaintiff's Complaint (Dkt. 1) on the basis that Plaintiff knowingly and voluntarily waived her right to a jury trial by executing a mortgage agreement that included a jury-trial waiver. (Dkt. 18-1.) Plaintiff does not oppose the relief sought by Defendant.

    A party may validly waive its right to a jury trial "so long as the waiver is knowing and voluntary." *Bakrac, Inc. v. Villager Franchise Sys., Inc.*, 164 F. App'x 820, 823 (11th Cir. 2006). For example, a party may waive its right to a jury trial by executing a contract that contains a jury-trial waiver. *See Kinney v. Countrywide Home Loans Servicing, L.P.*, 165 So. 3d 691, 693 (Fla. 4th DCA 2015) (finding that the appellants waived their right to a jury trial by signing a mortgage that contained a jury-trial waiver).

    Here, the Mortgage signed by Plaintiff, Ivette Moore, (identified as "Borrower" in the Mortgage) provides:

> The Borrower hereby waives any right to a trial by jury in action, proceeding, claim, or counterclaim, whether in contract or tort, at law or in equity, arising out of or in any way related to this Security Instruction or the Note.

(Dkt. 18-1 at 14, ¶ 25.) Plaintiff does not challenge the validity of the jury-trial waiver or otherwise dispute her knowing and voluntarily waiver of her right to a jury trial. Accordingly, it is

**ORDERED** that Defendant's Motion to Strike Plaintiff's Demand for Jury Trial (Dkt. 18) is **GRANTED**.

**DONE** and **ORDERED** in Tampa, Florida on May 16, 2016.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record